ORIGINAL

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

05 MAY -5 PM 2: 53

CLERK
SO. DIST. OF GA.

**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION**

WAYNE REDDICK,                          :

      Plaintiff,                       :
                                        :
vs.                                     :    CIVIL ACTION NO. CV605-002
                                        :
GEORGIA DEPARTMENT OF                   :
CORRECTIONS; Lt. HENRY                  :
WIMBERLY; CO II DERRIEL                 :
FUTCH; CO II ANTHONY BYRD;              :
CO II DEXTEY TAYLOR; CO II TERRY        :
MOYE; Sgt. BOYETTE; Officer             :
HITCHCOCK; Officer DIXION;              :
Dr. BAN JOKO; Counsolor SNYDER;         :
VISOL SMITH, and Dr. JONES,             :
                                        :
      Defendants.                      :

## O R D E R

Plaintiff has filed a Motion for Transfer to another institution. (Doc. 22.) Plaintiff's

motion is **DENIED**.

    **SO ORDERED**, this _____ day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

# United States District Court
## *Southern District of Georgia*

REDDICK

vs                                              CASE NUMBER  CV605-2

GA DEPT OF CORRECTIONS                          DIVISION        STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1.  Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2.  That the aforementioned enveloped contained a copy of the document dated
    5/5/05
    _____, which is part of the official record of this case.

Date of Mailing:        5/6/05

Date of Certificate     ☒ same date,      or    _____

                        Scott L. Poff,  Clerk

                        By:  _____
                             Sherry Taylor, Deputy Clerk

Name and Address

Wayne Reddick, 793684, Georgia State Prison, 2164 GA Hwy 147, Reidsville, GA 30499
Deana Simon-Johnson

☐  Copy placed in Minutes
☐  Copy given to Judge
☒  Copy given to Magistrate