IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH, and Dr. JONES,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a Motion to Dismiss Claim of Qualified Immunity (Doc. 28) as asserted by Defendants in their answer(s). Plaintiff's Motion is **DENIED**.

The Court also notes that Plaintiff has not attached a Certificate of Service to this motion showing that he served a copy of this motion upon counsel for the Defendants as required. See Instructions contained in the March 14, 2005, Order.

SO ORDERED, this 23 day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)