IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL FUTCH; CO II ANTHONY BYRD; CO II DEXTEY TAYLOR; CO II TERRY MOYE; Sgt. BOYETTE; Officer HITCHCOCK; Officer DIXION; VISOL SMITH, and Dr. JONES,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a "Motion to Show Cause Statement of James Roberts." (Doc. 47.) Plaintiff seeks to file a statement of James Roberts with the record. As the information contained in the tendered statement is totally unrelated to the claims being pursued by the Plaintiff, his motion is **DENIED**.

SO ORDERED, this 23rd day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE