IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH, and Dr. JONES,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a pleading that appears to be a request for information and documents. (Doc. 46.) Discovery should be served upon counsel for Defendants and not filed with the Court. Plaintiff's motion is **dismissed**. Plaintiff is again reminded that he is required to serve copies of **all** pleadings upon counsel for the Defendants, **and** attach a Certificate of Service to all pleadings showing the attorney upon whom it was served.

SO ORDERED, this 23 day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)