IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH, and Dr. JONES,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

As Plaintiff's claims against Dr. Ban Joko and "Counsolor" Snyder were dismissed by the Court in its Order dated May 16, 2005, Plaintiff's Motion to Dismiss (Doc. 21) his claims against them is **dismissed** as moot. Additionally, the Motion to Dismiss filed by Dr. Ban Joko (Doc. 41) is also **dismissed** as moot.

SO ORDERED, this 23rd day of May, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)