## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF GEORGIA
## STATESBORO DIVISION

FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 MAY 23  P 3 12

WAYNE REDDICK,           :

      Plaintiff,          :

      vs.                 :

Lt. HENRY WIMBERLY; CO II DERRIEL   :
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY    :
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;          :
VISOL SMITH, and Dr. JONES,

      Defendants.         :

CIVIL ACTION NO. CV605-002

## O R D E R

Plaintiff has filed a second Motion to Transfer and has included a Motion to Add

Defendant. (Doc. 19.) For reasons stated in previous orders, Plaintiff's Motion to Transfer

is **DENIED.**

In his Motion to Add Defendants, he seeks to add "3 members of the Cert (sic)

Team" who threatened, planned, and conspired to assault him on April 20, 2005. Plaintiff's

claims against the three unknown CERT officers are unrelated to the claims Plaintiff chose

to pursue in this case, and he has not shown the existence of a common "transaction,

occurrence, or series of transactions or occurrences." Fed. R. Civ. P. 20(a). That portion

of Plaintiff's motion seeking to add defendants is **DENIED.**

    **SO ORDERED**, this _23_ day of May, 2005.

                     JAMES E. GRAHAM
                     UNITED STATES MAGISTRATE JUDGE