FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 JUN 21 P 1:04

CLERK
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH; Dr. JONES, and
Lt. VALIDAINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff, an inmate currently confined at Georgia State Prison in Reidsville, Georgia, has filed an action pursuant to 42 U.S.C. § 1983 contesting events which have allegedly occurred during his confinement. Plaintiff has filed a plethora of motions with the Court. Presently before the Court is a document entitled "Motion For Relief For Compensatory Damages And Punitive Damages Claims." (Dkt. No. 30.) Based upon the content of the document, however, the Court construes it as a motion to amend.

In his Motion, Plaintiff contends that his Complaint should be altered to reflect that he is seeking relief in the form of compensatory and punitive damages.

Plaintiff's "Motion For Relief For Compensatory Damages And Punitive Damages Claims" (Dkt. No. 30) is hereby **GRANTED**.

**SO ORDERED**, this 21st day of June, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE