IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.                                   CIVIL ACTION NO. CV605-002

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH; Dr. JONES, and
Lt. VALIDAINE JACKSON,

    Defendants.

## ORDER

Plaintiff has filed two Motions to Add Defendants. (Doc. nos. 79, 84.) In these motions, Plaintiff seeks to add as defendants CO I McDonnell, Dr. Attler, PA Burt Lanier, Eric Hemphill, and Michael Evans. He asserts claims which are unrelated to his cause of action in this case. As Plaintiff is aware, he may not join unrelated claims and various defendants unless the claims arise "out of the same transaction, occurrence, or series of transactions or occurrences... ." Accordingly, Plaintiff's Motions to Amend are **DENIED**.

SO ORDERED, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

WAYNE REDDICK )

vs ) CASE NUMBER CV605-2

LT. HENRY WIMBERLY, ETAL ) DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/30/05, which is part of the official record of this case.

Date of Mailing: 8/30/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

**Name and Address**

WAYNE REDDICK GSP REIDSVILLE, GA.
RICK D. COLLUM
DEANNA L. SIMON-JOHNSON

☐ Copy placed in Minutes
☐ Copy given to Judge
[X] Copy given to Magistrate