IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.                           CIVIL ACTION NO. CV605-002

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD;
CO II DEXTEY TAYLOR; CO II TERRY
MOYE; Sgt. BOYETTE; Officer
HITCHCOCK; Officer DIXION;
VISOL SMITH; Dr. JONES, and
Lt. VALIDAINE JACKSON,

    Defendants.

## ORDER

Plaintiff has filed several motions seeking various forms of relief. None of these motions has been served upon counsel for the Defendants as required. Accordingly, Plaintiff's Motion to Amend and Correct Complaint (Doc. 69), Motion to State Claims (Doc. 64), Motion to Restore Right and Privileges to Prescribed Medical Care (Doc. 80), Motion for Relief - Writ of Mandamus (Doc. 85), Motion to Add Defendants (Doc. 88), and that portion of Document Numbered 70 seeking to Show Cause, State A Claim for Punitive and Compensatory Damages are **DENIED**. Plaintiff is reminded that copies of **all** pleadings must be served upon counsel for Defendants.

**SO ORDERED**, this 30th day of August, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)

# United States District Court
## Southern District of Georgia

WAYNE REDDICK )

vs )     CASE NUMBER CV605-2

LT. HENRY WIMBERLY, ETAL )     DIVISION STATESBORO

The undersigned, a regularly appointed and qualified deputy in the office of the Clerk of this district, while conducting the business of the Court for said division, does hereby certify the following:

1. Pursuant to the instructions from the Court and in the performance of my official duties, I personally placed in the United States Mail a sealed envelope, and properly addressed to each of the persons, parties or attorneys named below; and

2. That the aforementioned enveloped contained a copy of the document dated 8/30/05, which is part of the official record of this case.

Date of Mailing: 8/30/05

Date of Certificate [X] same date, or _____

Scott L. Poff, Clerk

By: NITA ROSE
Deputy Clerk

Name and Address

WAYNE REDDICK GSP REIDSVILLE, GA.
RICK D. COLLUM
DEANNA L. SIMON-JOHNSON

[ ] Copy placed in Minutes
[ ] Copy given to Judge
[X] Copy given to Magistrate