IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

```
FILED
U.S. DIST. COURT
BRUNSWICK DIV.

2005 OCT 31  P 4: 29

CLERK _____
SO. DIST. OF GA.
```

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a Motion for Relief "of the unconstitutional disciplinary practices of due process of law." (Doc. 92.) Plaintiff has failed to serve this motion upon counsel for Defendants as required. Plaintiff's motion is **DISMISSED**.

SO ORDERED, this 31st day of October, 2005.

_____
JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)