IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL FUTCH; CO II ANTHONY BYRD; CO II DEXTEY TAYLOR; CO II TERRY MOYE; Sgt. BOYETTE; Officer HITCHCOCK; Officer DIXION; VISOL SMITH, and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed two Motions to Add Defendants. (Doc. nos. 103, 110.) Plaintiff seeks to add as defendants CO I Jason Sols, CO II Jones, CO II Austin, Officer Raney, John Paul, Thurbert Baker, Kathleen M. Pacious, and John C. Jones. He asserts claims which are unrelated to his cause of action in this case. Plaintiff may not join unrelated claims and various defendants unless the claims arise "out of the same transaction, occurrence, or series of transactions or occurrences... ." Plaintiff's Motions to Amend are **DENIED**.

SO ORDERED, this 31st day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)