IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.                                  CIVIL ACTION NO. CV605-002

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

## ORDER

In a pleading titled "Motion" (Doc. 104), Plaintiff "asks (the) court for application of proper legal standards to facts of unconstitutional disciplinary practices." He asserts that he suffers from physical and mental disabilities caused by his exposure to asbestos. Additionally, Plaintiff objects to orders the Court has entered on his many motions, including his claims against some defendants in their official capacities. Plaintiff's meritless motion is **DISMISSED**.

SO ORDERED, this 31st day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)