IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL FUTCH; CO II ANTHONY BYRD; CO II DEXTEY TAYLOR; CO II TERRY MOYE; Sgt. BOYETTE; Officer HITCHCOCK; Officer DIXION; VISOL SMITH, and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a motion titled " Motion for the Supremacy Clause To be Involked (sic) in Georgia - Legislature Policy." (Doc. 106.) Plaintiff's nonsensical motion is **DISMISSED**.

SO ORDERED, this 31st day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE