IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

In a motion titled "Motion for Formal Investigation" (Doc. 107), Plaintiff provides a list of witnesses that he seeks to have testify at the trial of this case. As this matter has not been assigned to a trial calendar, that portion of Plaintiff's motion is **DISMISSED** as premature. The remainder of Plaintiff's motion is an elaboration of what he believes are untruthful affidavits and a continued conspiracy to alter evidence against him. To the extent the remainder of Plaintiff's filing is a motion, it is **DISMISSED**.

SO ORDERED, this 31st day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)