IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

In her Answer to Plaintiff's Complaint, Defendant Lt. Validaine Jackson has corrected her name. The Clerk is authorized and directed to change the name of Defendant Lt. Validaine Jackson to Lt. Valderine Jackson in the record of this case.

SO ORDERED, this 31st day of October, 2005.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)