IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

FILED
U.S. DISTRICT COURT
SAVANNAH DIV.
2005 NOV -2 AM 10: 44
CLERK
SO. DIST. OF GA.

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed an Objection to the Court's Order dated July 13, 2005. That Order dismissed Plaintiff's claims against Officers Anderson, Evans, Owens, Gillard, Baynes, and Sgt. Jackson, without prejudice. Plaintiff's objection, titled "Motion for Plaintiff Due Process of Low Safe Guards," was filed on September 26, 2005. The objection is not timely and it has no merit. The objection is **overruled**, and the motion is **DISMISSED**. (Doc. 105.)

SO ORDERED, this 2 day of Nov., 2005.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)