IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK,

    Plaintiff,

vs.

Lt. HENRY WIMBERLY; CO II DERRIEL
FUTCH; CO II ANTHONY BYRD; CO II
DEXTEY TAYLOR; CO II TERRY MOYE;
Sgt. BOYETTE; Officer HITCHCOCK;
Officer DIXION; VISOL SMITH,
and Lt. VALDERINE JACKSON,

    Defendants.

CIVIL ACTION NO. CV605-002

## ORDER

Plaintiff has filed a "Motion" (Doc. 156) asking the Court to request his records, files, and statements of account from Georgia State Prison, Augusta State Medical Prison, Augusta Medical College, and Tattnall Hospital for review by the Court. Plaintiff's motion is **DENIED**.

**SO ORDERED**, this 31st day of October, 2006.

JAMES E. GRAHAM
UNITED STATES MAGISTRATE JUDGE

AO 72A
(Rev. 8/82)