FILED
U.S. DISTRICT COURT
SAVANNAH DIV.

2006 NOV 30  PM 1:33

CLERK _____
SO. DIST. OF GA.

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
STATESBORO DIVISION

WAYNE REDDICK, :
:
    Plaintiff, :
:
vs. : CIVIL ACTION NO. CV605-002
:
Lt. HENRY WIMBERLY; CO II DERRIEL :
FUTCH; CO II ANTHONY BYRD; CO II :
DEXTEY TAYLOR; CO II TERRY MOYE; :
Sgt. BOYETTE; Officer HITCHCOCK; :
Officer DIXION; VISOL SMITH, :
and Lt. VALDERINE JACKSON, :
:
    Defendants. :

## O R D E R

After an independent review of the record, the Court concurs with the Magistrate Judge's Report and Recommendation, to which Objections have been filed. In his Objections, Plaintiff asserts that he exhausted all available administrative remedies. Plaintiff appears to contend that Defendants somehow deprived him of access to the grievance procedure at Georgia State Prison, in violation of his right to equal protection of the law and to due process. Plaintiff's Objections suffer from the same deficiency as his Response to Defendants' Motion for Summary Judgment: his assertions are completely unsupported by any evidence in the record.

Plaintiff's Objections are without merit. The Report and Recommendation of the Magistrate Judge is adopted as the opinion of the Court. The Motion for Summary

AO 72A
(Rev. 8/82)

Judgment filed by Defendants Wimberly, Taylor, Boyette, Hitchcock, Dixion, Smith, Moye, Futch, Byrd, and Jackson (Doc. No. 146) is **GRANTED**. Plaintiff's Complaint is **DISMISSED**, without prejudice, due to Plaintiff's failure to exhaust his administrative remedies prior to filing his Complaint. The Clerk of Court is hereby authorized and directed to enter the appropriate judgment of dismissal.

**SO ORDERED**, this 30 day of Nov, 2006.

B. AVANT EDENFIELD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)